NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN ALAN WINGO, DOC #H51221,    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-4609
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Highlands
County; Anthony Ritenour, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.